194

ASHDON, INC., doing business as Impression Bridal, Plaintiff–Appellant,

v.

ASAP OF GEORGIA, INC., Defendant–Appellee.

No. 03–20677

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

April 2, 2004.

Clifford Allen Lawrence, Jr., Houston, TX, for Plaintiff–Appellant.

Eric Jay Taube, Jamie A. Rose, Hohmann, Taube & Summers, Austin, TX, for Defendant–Appellee.

Before HIGGINBOTHAM, DAVIS, and PRADO, Circuit Judges.

PER CURIAM: [1]

We affirm the judgment of the district court dismissing the plaintiff's case without prejudice in response to the defendant's Motion to Dismiss for Improper Venue for essentially the reasons stated in the district court's Minutes and Order dated May 29, 2003.

AFFIRMED.

1. Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.